■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINALD WALTON, Appellant. [1 NYS3d 824]—

Appeal by the defendant from a judgment of the Supreme Court, Queens County (Griffin, J.), rendered December 20,

2012, convicting him of burglary in the second degree and criminal mischief in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

In fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]), we nevertheless accord great deference to the jury's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383, 410 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]; *see also People v Romero*, 7 NY3d 633 [2006]). The fact that the defendant was acquitted on the counts of grand larceny in the fourth degree (Penal Law § 155.30 [1]) and petit larceny (Penal Law § 155.25) did not undermine the weight of the evidence supporting the jury's verdict convicting the defendant of burglary in the second degree (Penal Law § 140.25 [2]) and criminal mischief in the fourth degree (Penal Law § 145.00 [1]; *People v Rayam*, 94 NY2d 557, 563 [2000]). As part of our review of the weight of the evidence, we do not "assume the basis for any implied inconsistencies in mixed jury verdicts" (*People v Rayam*, 94 NY2d at 563). Upon reviewing the record, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]). Rivera, J.P., Balkin, Duffy and LaSalle, JJ., concur.